# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| | §    CASE NO:  12-37936-swe |
| EFO HOLDINGS, L.P. | § |
| | § |
| | §    Chapter 7 |
| DEBTOR. | § |
| | § |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that litigation is ongoing in this matter. Trial has been set for June 2024.

Respectfully Submitted,

  */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE